**Affirmed as Reformed and Memorandum Opinion filed May 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00072-CR

_____

**TERRY DON BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Court Cause No. 10-08471**

## M E M O R A N D U M   O P I N I O N

Appellant entered a "guilty" plea to criminal solicitation. In accordance with the terms of a plea bargain agreement with the State, the trial court deferred adjudication of guilt, placed appellant under community supervision for five years, and assessed a fine of $500. Subsequently, the State moved to adjudicate guilt. Appellant entered a plea of "true" to one allegation. The trial court found the allegation true, adjudicated guilt, and sentenced appellant to confinement for eleven years in the Institutional Division of the Texas Department of Criminal Justice.

In three issues, appellant claims the trial court erred in assessing a $500 fine against appellant in the judgment adjudicating guilt because there was no oral pronouncement of the fine. The State concedes the fine was included in the administrative-fee calculation and that no fine was orally pronounced. Appellant's issues are sustained.

Because the oral pronouncement controls, the fine must be deleted from the judgment. *See Taylor v. State,* 131 S.W.3d 497, 502 (Tex. Crim. App. 2004). Accordingly, we reform the judgment of the trial court to reflect administrative fees are assessed in the amount of $2,906.00. As reformed, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and McCally.

Do not publish - TEX. R. APP. P. 47.2(b).